UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. MOORE, et al.,<br><br>　　　　Defendants. | Case No.  3:18-cv-06728-JD<br><br>**ORDER OF DISMISSAL** |

On March 6, 2020, the Court dismissed the complaint with leave to amend, and ordered plaintiff to file an amended complaint by April 6, 2020. Dkt. No. 38. Plaintiff did not do so. Consequently, the action is dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to follow the Court's order and for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 21, 2020

JAMES DONATO
United States District Judge